## SUCCESSION OF C. M. CABOURET.

An administrator cannot be put upon the proof of the correctness of the items of his account objected to, when the opponent offers nothing that can be considered as proof of his claim in whole or in part.

APPEAL from the Second District Court of New Orleans, *Lea*, J.
*J. C. David*, for opponents and appellants. *R. Grandmont*, for *F. Pralon*, administrator.

BUCHANAN, J. The administrator of the succession of *C. M. Cabouret*, filed an account of his administration, including a statement of the funds which had come into his hands as administrator, and of the debts due by the estate.

*J. C. David* and *Prosper Rideau* filed opposition to this account, and have appealed from a judgment dismissing their oppositions.

Both the opponents claim to be creditors of the estate; *David* in the sum of five hundred dollars; and *Rideau* in the sum of one thousand. Their opposition is general to all the items of the account, which are allowed by the administrator as valid claims against the estate.

The opponents and appellants offered nothing that can be considered as proof of their claims, in whole or in part, in the court below. In this state of things, the District Judge properly considered that the administrator was not put upon the proof of the correctness of the items of his account objected to.

Judgment affirmed, with costs.